UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JONATHAN FELIZ,

      Petitioner,

  -against-

UNITED STATES OF AMERICA,

      Respondent.

------------------------------------x

ORDER

16 Civ. 4449 (GBD)
9 Crim. 195–2 (GBD)

GEORGE B. DANIELS, United States District Judge:

  This Court declines to issue a Certificate of Appealability because Petitioner has "not made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), and further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal herefrom would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438, 445 (1962).

Dated: November 30, 2022
   New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge